IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mark Metzler, individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION NO. 20-803 |
| Plaintiff, | : : | |
| v. | : : | |
| Great American Power LLC, | : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this **25th** day of **June, 2020,** after considering Defendant's Motion to Transfer (ECF No. 9) and Plaintiff's Notice of No Opposition to the Motion (ECF No. 14), it is hereby **ORDERED** that:

1. Defendant's Motion to Transfer (ECF No. 9) is **GRANTED**;

2. The Clerk shall **TRANSFER** the case to the Northern District of Georgia;

3. The Motion to Continue the Initial Pretrial Conference (ECF No. 13) is **DENIED as moot;** and

4. The Initial Pretrial Conference and Hearing, Scheduled for July 1, 2020, are **CANCELLED.**

**AND IT IS SO ORDERED.**

 */s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**